**2010–1277.   State ex rel. Serv. Emps. Internatl. Union Dist. 1199 v. Univ. of Cincinnati.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.